# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  QUINCY A. WOODS  
      2928 CAMERON AVENUE        SSN-xxx-xx-5951  
      ROCKFORD, IL  61101

Case Number: 06-70016

Case filed on: 1/4/2006  
Plan Confirmed on: 6/23/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $9,090.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 003 | ILLINOIS DEPT OF HEALTHCARE | 2,661.90 | 2,661.90 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 920.21 | 920.21 | 0.00 | 0.00 |
| 016 | CHARRISSA BOMAR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 3,582.11 | 3,582.11 | 0.00 | 0.00 |
| 999 | QUINCY A. WOODS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AEGIS MORTGAGE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CAPITAL ONE AUTO FINANCE | 5,987.31 | 5,987.31 | 4,634.84 | 1,038.42 |
|  | Total Secured | 5,987.31 | 5,987.31 | 4,634.84 | 1,038.42 |
| 004 | INTERNAL REVENUE SERVICE | 133.88 | 133.88 | 0.00 | 0.00 |
| 005 | ACCOUNTS RECEIVABLE MANAGEMENT | 526.43 | 526.43 | 0.00 | 0.00 |
| 006 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CITIZENS FINANCE | 8,667.38 | 8,667.38 | 0.00 | 0.00 |
| 008 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CRUSADER CLINIC | 79.00 | 79.00 | 0.00 | 0.00 |
| 012 | PREMIER BANKCARD/CHARTER | 334.74 | 334.74 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 1,891.51 | 1,891.51 | 0.00 | 0.00 |
| 014 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LAVERN B. BAKER | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CENTENNIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | JEFFERSON CAPITAL SYSTEMS, LLC | 727.39 | 727.39 | 0.00 | 0.00 |
| 020 | RICHARD GENOVESE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | RMH PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 12,360.33 | 12,360.33 | 0.00 | 0.00 |
|  | Grand Total: | 24,771.50 | 24,771.50 | 7,476.59 | 1,038.42 |

Total Paid Claimant:     $8,515.01  
Trustee Allowance:     $574.99  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                        /s/ Lydia S. Meyer  
                                        Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009       By  /s/Heather M. Fagan